

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00263-CV

**IN RE** Melissa **BARON**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus and motion for temporary relief are DENIED. The appendix and mandamus record are STRICKEN.

It is so **ORDERED** on July 21, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019-CI-22171 pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Aaron Haas presiding.